AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

IN RE: WASHINGTON GROUP
INTERNATIONAL, INC., et al.,

GROUND IMPROVEMENT
TECHNIQUES, INC.,

      Appellant,                          JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER:  **3:10-cv-00785-ECR-RAM**

THE PLAN COMMITTEE, et al.,

      Appellees.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the case is remanded to the bankruptcy court for an order directing that GIT may collect post-petition interest from the DOE.

  September 30, 2011                                       **LANCE S. WILSON**
                                                                            Clerk

                                                                            /s/ D. R. Morgan
                                                                             Deputy Clerk